UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FOOD MANAGEMENT PARTNERS, INC., ALAMO CRG, LLC AND CATALINA RESTAURANT GROUP, INC.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RONALD ROSS<br><br>　　　　Defendant. | Case No. 16-cv-03477DDP(JPR)<br><br>**JUDGMENT** |

### JUDGMENT

Pursuant to the parties' Stipulation and Order, filed herewith, IT IS HEREBY ADJUDGED AND ORDERED that Judgment is entered in favor of Plaintiffs Food Management Partners, Inc., Alamo CRG, LLC and Catalina Restaurant Group, Inc. and against Defendant Ronald Ross on all of Plaintiff's claims. All other existing dates and deadlines in this matter are hereby vacated.

Dated: May 17, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dean D. Pregerson
　　　　　　　　　　　　　　　　United States District Judge